the Sixth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Minnie D. Smith, pro se.* No appearance for respondent.

No. 966. NICHOLS *v.* UNITED STATES. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Claude Nichols, pro se.* No appearance for the United States.

No. 799. CHARLES D. JAFFEE *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE;

No. 800. LOUIS J. JAFFEE *v.* SAME;

No. 801. JULIUS SCHWARTZ *v.* SAME; and

No. 802. HARRY H. SCHWARTZ *v.* SAME. May 25, 1931. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Harvey L. Rabbitt* and *Harry T. Lore* for petitioners. *Solicitor General Thacher, Assistant Attorney General Younquist,* and *Messrs. Claude R. Branch, Sewall Key, John G. Remey, Whitney North Seymour,* and *William H. Riley, Jr.,* for respondent.

No. 860. AUSTIN, RECEIVER, *v.* OSBORNE ET AL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. C. Ray* for petitioner. *Mr. William J. Berne* for respondents.

No. 861. MCELROY ET AL. *v.* BOROUGH OF FORT LEE. May 25, 1931. Petition for writ of certiorari to the Cir-